UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOW ANDERSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-05-3652 |
| | § | |
| ZURICH AMERICAN INSURANCE | § | |
| COMPANY, *et al*, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the court are the following motions: (1) Plaintiff Dow Anderson's ("Anderson's") motion for sanctions for failure to comply with the magistrate judge's order (Doc. 115); (2) Anderson's motion for sanctions for discovery abuse (Doc. 148); (3) Anderson's motion to compel discovery (Doc. 149); (4) Defendants Zurich American Ins. Co. and American Tank & Vessel Inc.'s motion to quash (Doc. 117); and (5) Defendants' motion for leave to file second amended answer and first amended counterclaim (Doc. 121).

Leave to file Defendant's second amended answer and counterclaim (Doc. 121) is GRANTED. Federal Rule of Civil Procedure 15 provides 20 days to respond to an amended pleading. Here, Defendants' motion was filed nineteen days after Plaintiff filed his first amended complaint (Doc. 109). It is therefore a timely response to an amended pleading.

The remaining motions (Docs. 115, 117, 148, 149) are referred to United States Magistrate Judge Frances Stacy for prompt resolution.

Signed at Houston, Texas, this 11th day of January, 2007.

*[signature]*

Melinda Harmon
United States District Judge